☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In re: | **Marie Odessa Nugent** | Case No. |
| Debtors: | | Chapter 13 |

## CHAPTER 13 PLAN

**ADDRESS:** (1) 4087 Friendly Way    (2) _____
Memphis, TN 38115

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ 1,480.00    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____    **OR ( X ) DIRECT PAY**

**Debtor(2)** shall pay $ _____    (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____    **OR (   ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]  ☐ YES  ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION  ☑ YES  ☐ NO
   OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].  ☐ YES  ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:

**None**    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____    $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**    Amount    $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**Wells Fargon Home Mor**    ongoing payment begins **August 1, 2018**    $ 911.75
Approximate arrearage: **$ 7,293.25**    Interest **0.0**    $ 122.00

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Capital One Auto Finance ( 2015 Nissan)** | 17,162.00 | 5.25 | $ 290.00 |
| **Chapman Furniture** | 500.00 | 5.25 | $ 10.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| Acs/jp Morgan Chase Ba | ✓ Not provided for | OR ☐ General unsecured creditor |
|---|---|---|
| Dept of Ed / Navient | ✓ Not provided for | OR ☐ General unsecured creditor |
| Heights St | ✓ Not provided for | OR ☐ General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $76,744.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,

✓ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Cash-2-U-Leasing: Furniture Lease                ✓ Assumes    OR  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

None

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ JEROME C. PAYNE                                        Date  May  1, 2018                .
JEROME C. PAYNE 16243
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)